LANCASHIRE SHIPPING COMPANY, LTD., Respondent, v. DANIEL J. LEARY, Appellant, and Others, Defendants.— Order modified by changing the date in the item marked " III " of the order from June 4, 1924, to February 28, 1929 (the latter is the date when the transaction resulting in the distribution began), and as so modified affirmed, without costs; examination to proceed on five days' notice. Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ., concur.

HELEN H. LEVEY, Respondent, v. MILDRED WEIS and Others, Defendants. ROBERT MOLINARI, Referee, Appellant.— Order directing referee to file report of sale of premises and to execute and deliver a referee's deed therefor affirmed, with ten dollars costs and disbursements. (*Ryan* v. *Majestic Home Builders, Inc.*, 238 App. Div. 167; Civ. Prac. Act, §§ 1546, 1548, 1558.) Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ., concur.

ELSWORTH B. LEWIS, Appellant, etc., v. SARAH M. PETERSEN, as Executrix, etc., of JOSEPHINE LEWIS, Deceased, and Others, Respondents.— Judgment reversed on the law and the facts, with costs, and judgment directed in favor of the plaintiff for the relief demanded in the complaint, with costs. Findings of fact and conclusions of law contrary to this decision are reversed and new findings in accordance therewith will be made. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur. Settle order on notice.

MARNALL STEEL PRODUCTS, INC., Respondent, v. IRVING H. BERNARD, Doing Business under the Style and Firm Name MONARCH GARAGE, Defendant, and LUCY M. NEIPP, Appellant.— Judgment of the County Court of Nassau county unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ. [147 Misc. 314.]

GUY MORDAN and HOWARD GOSS, Individually and as Copartners, Doing Business as MORDAN & GOSS AUTO TRANSIT, Appellants, v. JOHN B. WOHLRAB, Respondent. JOHN B. WOHLRAB and Others, Respondents, v. GUY MORDAN and HOWARD GOSS, Individually and as Copartners, Doing Business as MORDAN & GOSS AUTO TRANSIT, Appellants. (Consolidated actions.) — Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

THOMAS NICKOLOPULOS, Respondent, v. HARRY JANOFF, Party Intended Doing Business as the HIGHWAY CUT RATE FOOD CENTER AT 1928 KINGS HIGHWAY, BROOKLYN, NEW YORK, and Another, Defendants, Impleaded with DUBIN'S BAKERY, INC., Appellant.— Judgment modified by striking from said judgment wherever occurring the words " motor vehicles or any vehicles," or similar expressions, and inserting in lieu thereof " all other motor vehicles or any vehicles except those designed for family use or pleasure by the owners and occupants of the premises; " as so modified the judgment is unanimously affirmed, with costs to respondent. The purpose of the modification is to permit use of the driveway as was originally intended by the easement and restricting fully the business use thereof made by the defendants with any kind of vehicle. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

CHARLES OBERLE, Respondent, v. LOUIS DRITZ, Appellant.— Judgment, and order in so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.